IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICAH ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE FRITZ, and UNION PACIFIC CORPORATION,<br><br>Defendants. | 8:22CV369<br><br>MEMORANDUM AND ORDER |

On August 9, 2023, this Court ordered Plaintiff to file an amended complaint by September 8, 2023, or face dismissal of this action. Filing No. 19. Plaintiff has not filed an amended complaint or taken any other action in this matter and the deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 3rd day of October, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Court