IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICAH ANDERSON, | |
| Plaintiff, | 8:22CV369 |
| vs. | |
| LANCE FRITZ, and UNION PACIFIC CORPORATION, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend and Notice of Change of Address (the "Motion"), filed on November 13, 2023. Filing No. 24. The Court previously addressed the Motion, construing it as a motion for relief from judgment (the "Show Cause Order"). Filing No. 25 at 1. Plaintiff was ordered to submit a written response to the Show Cause Order no later than June 17, 2024. Id. at 4. Plaintiff was also warned that a failure to comply with the Show Cause Order would result in a denial of his Motion and continued closure of this case. Id. at 3.

To date, Plaintiff has not filed a response to the Show Cause Order or taken any other action in this matter, and the time to do so has passed.

IT IS THEREFORE ORDERED that: Plaintiff's Motion, Filing No. 24, is denied due to Plaintiff's failure to comply with the Show Cause Order. This matter shall remain closed.

2

Dated this 26th day of July, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court

2